

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Robert Thomas Buford v. The State of Texas

Appellate case number:   01-18-01134-CR

Trial court case number: 18256

Trial court:             12th District Court of Grimes County

Appellant's brief filed on September 3, 2019 is struck for the following reasons:

- A brief's text must be double-spaced. TEX. R. APP. P. 9.4(d).

- A computer-produced document must be printed in a conventional typeface no smaller than 14-point. TEX. R. APP. P. 9.4(e).

Appellant is ordered to file a brief in compliance with the Texas Rules of Appellate Procedure **within 10 days of the date of this order**. TEX. R. APP. P. 9.4(k).

It is so ORDERED.

Judge's signature: */s/ Richard Hightower*
☑ Acting individually     ☐ Acting for the Court

Date: September 12, 2019